PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00102 DAD |
| Plaintiff, | STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| DAVID WAYNE MIEARS, | DATE: July 8, 2022<br>TIME: 2:00 p.m. |
| Defendant. | |

## STATUS REPORT AND MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its counsel of record submits the following status report and motion to continue the status conference:

1. By previous order, this matter was set for status conference on June 8, 2022 at 2:00 p.m. before U.S. Magistrate Judge Grosjean.

2. On June 6, 2022, defense counsel contacted the undersigned and requested a stipulation to continue the status conference in the instant case to obtain further discovery and for additional case investigation.  Defense counsel requested at least a thirty day continuance and asked the government to file a stipulation.  The government does not object to the request for continuance.

3. The government sent a draft stipulation to defense counsel for review and approval,

1

but, as of the time of this pleading, has not received defense counsel's consent to file the draft stipulation.  Because the Court has ordered a status report or stipulation filed by June 6, 2022, the government submits this motion to continue the status conference.  The government does not anticipate any opposition to the motion, as defense counsel has requested the government agree to a thirty day continuance.

4. By this motion, the government moves to continue the status conference to **July 8, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow defense additional time requested for case assessment and preparation.

DATED: June 6, 2022          Respectfully submitted,

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

The status conference in this matter shall be continued until **July 8, 2022 at 2:00 p.m.** before the duty magistrate judge, in order to allow defense additional time requested for case assessment and preparation.

IT IS SO ORDERED.

Dated: **June 7, 2022**                  /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2