Tino Perez, SBN 221027
725 Washington Street, Suite 314
Oakland CA 94607
Telephone:  (510) 725-2558
Facsimile:  (510) 835-1465
Email: tinoperezlaw@gmail.com

Attorney for David Miears

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:20-cr-00102-ADA-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND RELEASE ORDER FOR MR MIEARS TO BE TRANSPORTED TO THE SALVATION ARMY |
| v. | |
| DAVID MIEARS, | DATE:   November 1, 2022<br>TIME:    8:30 a.m. |
| Defendant. | (ECF No.  28) |

On October 31, 2022, Defendant David Miears appeared before the Honorable Ana de Alba, United States District Court Judge, who ordered that Mr. David Miears be released from federal custody, pending his sentencing, so that he may be able to participate in a residential treatment facility at the Salvation Army in Bakersfield, CA.  Furthermore, Judge de Alba ordered that Mr. Blaine Baker, intake coordinator at the Salvation Army, transport Mr. Miears from the Central Valley Annex directly to the Salvation Army.  Finally, the Court set a progress report date of January 30, 2023, at 8:30 a.m. to check on the progress of Mr. Miears.

**STIPULATION**

The United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

///

1.     By previous order, this matter was set for sentencing on October 31, 2022, at 8:30 a.m. before U.S. District Court Judge de Alba.

2.     Both the government and defense have agreed to continue the sentencing hearing for Mr. David Miears while he participates in the Salvation Army substance abuse treatment program, located at 200 19th Street in the city of Bakersfield.

3.     It is agreed that Mr. Blaine Baker, intake coordinator with the Salvation Army, can pick up Mr. David Miears from the Central Valley Annex facility located at 254 Taylor Avenue in McFarland, CA and transport him directly to the Salvation Army Adult Rehabilitation Center, located at 200 19th Street in Bakersfield.

4.     It is anticipated that Mr. David Miears will participate in the Salvation Army Program for a period of six months.

5.     Mr. Miears has agreed that all previously imposed supervised release conditions are in full force and effect for the duration of his treatment program.

6.     By this stipulation, the parties now move to continue the sentencing hearing to check on the status of Mr. David Miears to January 30, 2023, at 8:30 a.m. before U.S. District Court Judge de Alba.

IT IS SO STIPULATED.

DATED:     November 1, 2022

/s/Tino Perez
TINO PEREZ
Counsel for Defendant
DAVID MIEARS

DATED:     November 1, 2022

/s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney

///

///

///

2

**ORDER**

IT IS THE ORDER OF THE COURT that the United States Marshall Service shall release Mr. David Miears from federal custody on November 2, 2022, so that he may participate in a residential substance abuse treatment program stipulated to by the parties.

IT IS THE ORDER OF THE COURT that Mr. David Miears be released to and transported by Salvation Army intake coordinator Mr. Blaine Baker from the Central Valley Annex to the Salvation Army treatment facility.


IT IS SO ORDERED.

Dated:   November 1, 2022

_____
UNITED STATES DISTRICT JUDGE

3