Tino Perez, SBN 221027
725 Washington Street, Suite 314
Oakland CA 94607
Telephone: (510) 725-2558
Facsimile: (510) 835-1465
Email: tinoperezlaw@gmail.com

Attorney for David Miears

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br>DAVID MIEARS<br>                Defendant. | CASE NO.  0972: 1:20CR00102-001<br><br>ORDER |

The above-captioned matter is set for a status conference on February 28, 2023. The parties, in conjunction with the United States Probation Office respectfully request as follows:

**BACKGROUND**

On October 31, 2022 defendant David Miears appeared before the Honorable Ana de Alba, United States District Court Judge, who ordered that Mr. David Miears be released from federal custody, pending his sentencing, so that he may be able to participate in a residential treatment facility at the Salvation Army in Bakersfield. Furthermore, Judge de Alba ordered that Mr. Blaine Baker, intake coordinator at the Salvation Army, transport Mr. Miears from the Central Valley Annex directly to the Salvation Army. Finally, the Court set a progress report date of January 30, 2023, at 8:30am to check on the progress of Mr. Miears.

1

**RECENT DEVELOPMENTS**

Mr. Miears completed approximately 2 months of the Salvation Army residential treatment program, before leaving the program voluntarily due to a documented "massive" corona-virus outbreak at that treatment facility. The Court has also been made aware that Mr. Miears is considered to be "higher risk" to the pandemic due to several factors, such as his age and an underlying heart condition. When Mr. Miears appeared before the Court on January 31, 2023, the Court indicated there was no violation as a result of what had occurred, but wanted Mr. Miears to fulfill his obligation and sentence to the Court. Mr. Miears, is currently residing at his home residence, and has continuously tested negative for illegal substances, since leaving the Salvation Army. Mr. Miears continues to be engaged with his probation officer and is actively trying to locate another residential treatment facility that will take him, so he can fulfill his 4-month obligation to the Court. The Court has scheduled another status review on February 28, 2023 at 9am.

**ORDER**

IT IS THE ORDER OF THE COURT that:

1. On October 31st, 2023, Mr. Miears had been sentenced to a credit for time served custody sanction, followed by a 6-month residential treatment facility;

2. Mr. David Miears continue to work with his probation officer to locate and participate in a residential treatment program, whether that is at Jason's Retreat or some other suitable residential facility;

3. Mr. David Miears can arrange his own transportation to that residential facility;

4. It is anticipated that Mr. David Miears will participate in that residential treatment program for a period of 4 months;

5. Mr. Miears has agreed that all previously imposed supervised release conditions are in full force and effect for the duration of his treatment program, and while he remains at his

residence and is in the process of locating a suitable residential treatment facility.

6. To continue the Sentencing status check hearing of Mr. David Miears to **February 28, 2023 at 9:00 a.m.** before District Court Judge de Alba.

IT IS SO ORDERED.

Dated:   February 5, 2023

_____
UNITED STATES DISTRICT JUDGE